# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2022-1299
LT Case No. 2013-CF-2071

———————————————

CHAD JAMES EDMONDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Lake County.
Willard Pope, Judge.

Mary Elizabeth Fitzgibbons, of Fitzgibbons Law Firm, PA,
Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison Morris,
Assistant Attorney General, Daytona Beach, for Appellee.


May 14, 2024


PER CURIAM.

AFFIRMED.


MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____